```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22276
   GARY M ANISH JR
   CATHERINE M ANISH                           CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-3866    SSN XXX-XX-1126

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/28/2007 and was not confirmed.

    The case was dismissed without confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
LONG BEACH MORTGAGE      NOTICE ONLY    NOT FILED            .00          .00
WASHINGTON MUTUAL        SECURED NOT I  NOT FILED            .00          .00
AMERICREDIT FINANCIAL SV SECURED NOT I    2257.71            .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------        --------------
TOTALS                       .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 04/23/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```